UNITED STATES COURT OF APPEALS

FILED
JAN 03 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff - Appellee,<br>v.<br>FRANCISCO DIAZ,<br>Defendant - Appellant. | No. 05-50645<br>D.C. No. CR-04-01069-SJO-04<br>Central District of California,<br>Los Angeles<br>ORDER |

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN - 5 2006
CENTRAL DISTRICT OF CALIFORNIA
BY
DEPUTY

Before: Peter L. Shaw, Appellate Commissioner

Appellant's motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

The certified copy of this order sent to the district court shall constitute the mandate.

ENTER ON CMS
JAN 10 2006

Peter L. Shaw
General Order 6.3(e)

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
JAN 03 2006
by: Deputy Clerk

S:\MOATT\Cmshords\12.05\ahh\05-50645.wpd

159